IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ROBERT ROY BAMBER,** | Case No. 3:19-cv-01599-WHO |
| Petitioner, | **ORDER** |
| v. | |
| **DANIEL PARAMO, Warden,** | |
| Respondent. | |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **December 20, 2019**, in which to file and serve a response to the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated: October 22, 2019

_____
WILLIAM H. ORRICK
United States District Judge